**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

GLENN HOLLAND SCHUBACH, individually and on behalf of all others similarly situated,

Plaintiff,

Civil No. 01-1623 ADM/AJB

v.

**ORDER**

CORINTHIAN MORTGAGE CORPORATION,

Defendant.

---

## I. SCHEDULING OF CLASS-CERTIFICATION DISCOVERY

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery will be conducted in phases. The initial phase of discovery shall be limited to those factual issues needed to present the issue of class certification. Neither party, during the initial phase of discovery, will engage in discovery that will be needed only if class certification is granted. During the initial phase of discovery:

1. No more than 25 interrogatories (counted in accordance with Rule 33(a)) shall be served by any party.
2. No more than 5 factual depositions, excluding expert witness depositions, shall be taken by any party.

The motion for class certification shall be served and filed by April 15, 2002. Following the Court's determination on the issue of class certification, another joint report shall be submitted, wherein the parties shall recommend a post-certification schedule.

NOV 1 4 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

## II. SUBJECT MATTER JURISDICTION

During the Rule 16 Conference, the issue of Subject Matter Jurisdiction arose. The parties are hereby ordered to submit a joint memorandum concerning jurisdiction to the chambers of the Honorable Ann D. Montgomery, on or before December 14, 2001.

Dated: 11/13/01

Arthur J. Boylan
United States Magistrate Judge