257023

UNITED STATES DISTRICT COURT
District of Minnesota

# PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1623 ADM/AJB

**Affidavit of Movant**

I, Todd A. Noteboom, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Douglas E. Eckert, an attorney admitted to practice in the ________ District of ________, but not admitted to the bar of this court, who will be counsel for the( )plaintiff (X)defendant ________ in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case(s) listed below, and that I accept service of all papers served.

Signature: [signature] Date: 9/7/01

Minnesota Attorney License Number: 240047

Law Firm Name & Address: Leonard, Street and Deinard
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402

Telephone: (612) 335-1500 Fax: (612) 335-1657

**Affidavit of Proposed Admittee**

I, Douglas E. Eckert, am currently a member in good standing of the U.S. District Court for the Northern District of Alabama, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Type/Print Name: Douglas E. Eckert Signature: [signature] Date: 9/11/01

Attorney License Number: ECK003

Law Firm Name & Address: Bradley Arant Rose & White
2001 Park Place, Suite 1400
Birmingham, AL 35203

Telephone: (205) 521-8000 Fax: (205) 521-8800

Case Number: 01-1623 ADM/AJB Judge Assigned: Ann Montgomery
Case Title: Glenn Holland Schubach vs. Corinthian Mortgage

Motion Granted: [signature]
For the Court, Francis E. Dosal, Clerk

Date: DEC 12 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

Clerk, U.S. District Court
Federal Building, Room 708
316 North Robert Street
St. Paul, Minnesota 55101

12/97

FILED DEC 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________