**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

GLENN HOLLAND SCHUBACH, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CORINTHIAN MORTGAGE CORPORATION,

Defendant.

Civil No. 01-1623 ADM/AJB

**ORDER**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan, dated January 7, 2002. In that Report and Recommendation, the Magistrate Judge concluded that Defendant had not demonstrated the existence of federal subject matter jurisdiction in this case. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. This case is remanded to the District Court of Hennepin County, Minnesota.

Dated: Jan. 29, 2002

Ann D. Montgomery
UNITED STATES DISTRICT JUDGE

FILED JAN 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 29 2002
DEPUTY CLERK